1210

ANDERSON ET AL. *v.* NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, APPELLEE, ET AL.; CINCINNATI INSURANCE COMPANY, APPELLANT.

[Cite as *Anderson v. Nationwide Mut. Fire Ins. Co.,* 109 Ohio St.3d 1210, 2006-Ohio-2578.]

(No. 2005–1399—Submitted April 11, 2006—Decided June 7, 2006.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and MCFARLAND, JJ., concur.

MATTHEW W. MCFARLAND, J., of the Fourth Appellate District, sitting for LANZINGER, J.

Stephen C. Roach and James J. Popil, for appellant.

Coy, Konieczny & Peppel, L.L.C., Edwin A. Coy, and Evy M. Jarrett, for appellee.